IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY POMPA, on behalf of a class of all others similarly situated, | § § § § |
| Plaintiff, | § § |
| vs. | § § |
| BANCGROUP BENEFITS ADMINISTRATION AND INVESTMENT COMMITTEE, et al. | § § § § § |
| Defendants. | § § |

CASE NO.: 09-cv-792-MHT-WC

**RESPONSE OF PLAINTIFF MAREISHA MORROW IN SUPPORT OF MOTION BY PLAINTIFFS McKAY, TORREGROZA, RENFROE AND SHOCKLEY FOR CONSOLIDATION OF RELATED ACTIONS AND FOR APPOINTMENT OF INTERIM LEAD PLAINTIFFS AND LEADERSHIP STRUCTURE**

COMES NOW Plaintiff Mareisha Morrow ("Morrow") and submits her Response in Support of the Motion by Plaintiffs: McKay; Torregroza; Renfroe; and Shockley; for Consolidation of Related Actions and for Appointment of Interim Lead Plaintiffs and Leadership Structure.

1. Morrow was filed September 28, 2009, and was not consolidated with the Pompa Case until last week.

2. Morrow is familiar with the Motion by Plaintiffs McKay, Torregroza, Renfroe, and Shockley for Consolidation of Related Actions and for Appointment of Interim Lead Plaintiffs and Leadership Structure filed September 15, 2009, in *McKay v. The Colonial Bancgroup, Inc.,* 2:09-cv-806-MHT-WC (*McKay* Doc. 19) hereinafter "McKay Motion."

3. Morrow has recently become aware of the Court's Order entered September 21, 2009, directing that any responses to the McKay Motion be filed by October 19, 2009 (*McKay* Doc. 23).

4. On November 9, 2009, the Morrow case was finally consolidated with the Pompa Case. Morrow is now able to file an appropriate response to the Court's September 21, 2009 Order.

5. Having worked extensively with the Keller Rohrback firm in prior ERISA litigation, counsel for Morrow knows them to have the expertise and capability to vigorously represent the interests of the proposed class. Counsel for Morrow has also worked in other litigation matters with The Whatley Drake firm and has found them to be extremely capable in complex matters. The Wiggins Childs firm is well known to the Counsel for Morrow for their legal capabilities and reputation.

6. Counsel for Morrow has spoken to one of the proposed lead counsel and has been assured that they will cooperate with us in the litigation of this matter.

7. Therefore, based on these representations and our experience with the law firms referenced above, we support the leadership structure proposed in the McKay Motion in addition to supporting the consolidation.

8. Our working cooperatively with the leadership structure proposed in the McKay Motion, will add significant experience and benefit to the proposed class. Both, the Law Offices of Richard R. Rosenthal, PC and Tanner & Guin, LLC have extensive experience handling class action and similar complex litigation, especially in the areas of ERISA litigation. For example, both firms worked extensively with Keller Rohrback in *In Re HealthSouth Corp. ERISA Litigation,* 03-BE-1700-S (N.D.Ala.). In addition, Tanner & Guin, LLC was co-lead counsel in

ERISA class actions *Callihan v. Burford Equipment Company, Inc.,* Case No. 89-D-179-N (M.D.Ala.), which settled for $8.9 million and *Hutchinson v. Wickes Companies, Inc.,* Case No. 1:88-CV-2447-JEC (N.D.Ga.), which settled for $5.4 million. Most recently, Richard Rosenthal was co-lead counsel in the *Winston v. Jefferson County, Alabama* Case No. 05-CV-0497-RDP (N.D.Ala.), a class action that was successful at summary judgment in an amount in excess of $40,000,000.

For the foregoing reasons, Morrow supports consolidation of her case with the other cases asserting claims against the fiduciaries of the Plan, and further supports adoption of the leadership structure proposed in the McKay Motion for all such consolidated cases.

If, however, the aforesaid McKay Motion is not granted, or if at any time in the litigation the need for additional or substitute representation should arise, Morrow and her counsel stand ready, willing, and able to represent the Class.

                                           */s/ Richard R. Rosenthal*
                                           Richard R. Rosenthal

OF COUNSEL:
Law Offices of Richard R. Rosenthal, PC
200 Title Building
300 N. Richard Arrington Jr. Blvd.
Birmingham, Alabama 35203
Tel: (205) 252-1146
Fax: (205) 252-4907
rosenthallaw@bellsouth.net

                                           */s/ Jay F. Guin*
                                           Jay F. Guin
                                           Brooke M. Nixon

                                           Attorneys for Plaintiff Mareisha Morrow

Tanner & Guin, LLC
Capitol Park Center
P. O. Box 3206
Tuscaloosa, Alabama  35403-3206
Telephone (205) 633-0205
Facsimile (205) 633-0305
jguin@tannerguin.com
bnixon@tannerguin.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following.

- **Daniel Eduardo Arciniegas**
  dea@wcqp.com
- **Thomas Julian Butler**
  tbutler@wdklaw.com
- **Larry Brittain Childs**
  larry.childs@wallerlaw.com,bobbie.jones@wallerlaw.com
- **Glen Marshall Connor**
  gconnor@wdklaw.com, pdalton@whatleydrake.com, ecf@whatleydrake.com
- **Patrick C. Dicarlo**
  pat.dicarlo@alston.com,denise.mcclyde@alston.com
- **Samuel Holley Franklin**
  sfranklin@lightfootlaw.com,kayb@lightfootlaw.com
- **Enrique Jose Gimenez**
  hgimenez@lightfootlaw.com,mistyg@lightfootlaw.com
- **Jon Craig Goldfarb**
  jcg@wcqp.com
- **Robert I. Harwood**
  rharwood@hfesq.com,gmariano@hfesq.com
- **H. Douglas Hinson**
  doug.hinson@alston.com,holly.painter@alston.com
- **James Fletcher Hughey , III**
  jhughey@lfwlaw.com
- **Sarah H. Kimberly**
  skimberly@kellerrohrback.com,chopkins@kellerrohrback.com
- **Derek W. Loeser**
  dloeser@kellerrohrback. com,chopkins@kellerrohrback.com,kpeterson@kellerrohrback. com
- **Adam Patterson Plant**
  ecf@wdklaw.com
- **Nancy B. Pridgen**
  nancy.pridgen@alston.com,holly.painter@alston.com
- **Erin M. Riley**

- eriley@kellerrohrback.com,chopkins@kellerrohrback.com
- **Richard Paul Rouco**
  rrouco@wdklaw.com,jherrin@wdklaw.com,ecf@wdklaw.com
- **Lynn Lincoln Sarko**
  lsarko@kellerrohrback.com,chopkins@kellerrohrback.com
- **Karin B. Swope**
  kswope@kellerrohrback.com,kpeterson@kellerrohrback.com
- **Joe Ramon Whatley , Jr**
  jwhatley@wdklaw.com,ecf@wdklaw.com
- **Lee David Winston**
  lwinston@winstoncooks.com,scarter@winstoncooks.com

And the following were sent a copy of the foregoing by postage prepaid first class mail.

**Richard A. Maniskas**
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

**Samuel K. Rosen**
Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022

**Arvind B. Khurana**
**Lorie G. Feldman**
**Jennifer J. Sosa**
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119

**Craig Philip Niedenthal**
Niedenthal Law Firm, PC
2015 Stonegate Trail, Suite 101 Birmingham, AL 35242

**The Bancgroup Benefits Administration and Investment Committee**
c/o Carrie McCollum
100 Colonial Bank Boulevard
Montgomery, AL 36117

**Olimpio Lee Squitieri**
SQUITIERI & FEARON, llp
32 East 57th Street, 12th Floor
New York, NY 10022

**Joseph H. Meltzer**
**Edward W. Ciolko**
**Joseph A. Weeden**
**Peter H. LeVan, Jr.**
BARROWAY TOPAZ KESSLER MELTZER AND CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087

/s/ Jay F. Guin
OF COUNSEL